*Frank S. Hogan, District Attorney (Bernard L. Alderman* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SPEROS PANAGOULOKOS, Appellant.

Submitted January 7, 1944; decided February 24, 1944.

*Harry Gittleson* and *Hyman Barshay* for appellant.

*Thomas Cradock Hughes, Acting District Attorney (Edward H. Levine* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEWIS, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALEXANDER PICONE, Appellant.

Submitted January 7, 1944; decided February 24, 1944.